**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IRYNA DUNETS, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 07-71205 <br><br> Agency No. A098-700-329 <br><br> MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009 [**]

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Iryna Dunets, a native of the former Soviet Union and a citizen of Belarus,

petitions for review of the Board of Immigration Appeals' order summarily

affirming an immigration judge's ("IJ") decision denying her application for

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

NED/Research

asylum and withholding of removal. We have jurisdiction under 8 U.S.C. 1252. We review for substantial evidence adverse credibility findings, *Singh v. Ashcroft*, 367 F.3d 1139, 1143 (9th Cir. 2004), and we deny the petition for review.

Substantial evidence supports the IJ's adverse credibility finding because Dunets' testimony and declaration were inconsistent regarding the mistreatment her father suffered while in detention following Dunets' disclosure of the kidnaping scheme, *see Chebchoub v. INS*, 257 F.3d 1038, 1043 (9th Cir. 2001) (inconsistencies about the events leading up to applicant's departure can form the basis of an adverse credibility determination), and the IJ reasonably found Dunets' explanations for the discrepancies unconvincing, *see Rivera v. Mukasey*, 508 F.3d 1271, 1274 (9th Cir. 2007). In the absence of credible testimony, Dunets failed to demonstrate eligibility for asylum or withholding of removal. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**